Argued and submitted January 23, affirmed in part; vacated and remanded for reconsideration in part February 22, 1984

STATE OF OREGON,
*Respondent,*

*v.*

MELVIN GREEN,
*Appellant.*

(31394; CA A28690)

676 P2d 950

Helen I. Bloch, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Margaret E. Rabin, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Richardson, Presiding Judge, Joseph, Chief Judge, and Newman, Judge.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction of arson in the second degree. He contends that the court erred in denying his motion to suppress and in requiring him to pay costs and restitution.

■ Defendant argues that his confession is inadmissible, because he did not freely and voluntarily waive his right to remain silent and that his confession was not voluntary. The trial court made findings which are supported by the evidence and concluded that defendant voluntarily waived his rights and freely and voluntarily confessed to the crime. We concur in the court's conclusion and affirm the order denying the motion to suppress.

■ The trial court ordered defendant to pay costs, ORS 161.665, and restitution. ORS 137.106. Defendant objected that he was not able to pay costs or restitution. The state concedes that the record does not disclose that the trial court considered defendant's ability to pay. We agree.

The conviction is affirmed. The provision of the judgment ordering payment of costs and restitution is vacated and remanded for reconsideration.